## MOTION AND PROCEDURAL RULINGS

1986–0642.   State v. Beuke.
Hamilton App. No. C–830829. On motion to set execution date. Motion granted. It is ordered that appellant's sentence be carried into execution by the Warden of the Southern Ohio Correctional Facility or, in his absence, by the Deputy Warden on Thursday, May 13, 2010, in accordance with the statutes so provided.
    It is further ordered that a certified copy of this entry and a warrant under the seal of this court be

duly certified to the Warden of the Southern Ohio Correctional Facility and that said Warden shall make due return thereof to the Clerk of the Court of Common Pleas of Hamilton County.

PFEIFER, J., dissents.